UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
DIVISION
DOCKET NO. Case Number

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Vs. | ) | **WAIVER OF PERSONAL** |
|  | ) | **APPEARANCE AT ARRAIGNMENT** |
| Defendant Name, | ) |  |
| Defendant. | ) |  |

    **IN ACCORDANCE** with Rule 10, Federal Rules of Criminal Procedure, the defendant hereby waives personal appearance at arraignment.[1] Defendant acknowledges receipt of a copy of the Indictment or Superseding Indictment, that such charging instrument has been reviewed by defendant with counsel, that defendant understands the general nature of the charges alleged therein, and that defendant has been advised of the maximum possible penalties.

    Upon the advice and with the consent of counsel, defendant waives the right to be present at the arraignment and enters a plea of **GUILTY/NOT GUILTY** to each count and **WAIVES/REQUESTS** a jury trial on all counts.

    **This \_\_\_\_ day of _____, 20\_\_\_\_\_.**

_____
**Defendant**

_____
**Counsel for Defendant**

---

[1] Defendant is advised that under Rule 10, waiver of personal appearance at arraignment is <u>not</u> a waiver of the arraignment itself. Counsel <u>must</u> appear at the arraignment. The court reserves the right, as provided under Rule 10(b)(3), to decline the waiver. Further, this form must be filed **within one full business day** before the hearing to enable the judge presiding over the proceeding to determine whether to accept the waiver and to notify the United States Marshal concerning transportation needs.