IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO.: 5:23-CR-00029-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | SUBMISSION OF |
| v. ) | DECLARATION OF PUBLICATION |
| ) | |
| STEVEN ANDILORO ) | |

NOW COMES the United States of America, Plaintiff herein, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and submits a Declaration of Publication, attached as Exhibit A.

This the 30th day of June, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/ Benjamin Bain-Creed
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: benjamin.bain-creed@usdoj.gov