IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO.: 5:23-CR-00029-KDB-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | NOTICE OF SERVICE |
| v. | ) | (Direct Notice) |
| | ) | |
| STEVEN ANDILORO | ) | |

NOW COMES the United States of America, Plaintiff herein, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and submits that the United States sent notice of the Consent Order and Judgment of Forfeiture (Doc. 56) via Federal Express to the following individuals and/or entities who the United States determined reasonably appeared to be potential petitioners asserting interest in the property.

| Notice Sent | Party Name | Disposition (Exhibit A) |
|---|---|---|
| 06/12/2025 | Dawn Andiloro | Delivered 06/16/2025 |
| 06/12/2025 | Rocco Andiloro – Mooresville, NC | Delivered 06/13/2025 |
| 06/12/2025 | Rocco Andiloro – Cornelius, NC | Delivered 06/16/2025 |

This the 30th day of June, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/ Benjamin Bain-Creed
Florida Bar # 0021436
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax: (704) 344-6629
E-mail: benjamin.bain-creed@usdoj.gov